## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kimberly Jo Ray                                      CHAPTER 7
                        Debtor(s)

                                                BKY. NO. 22-20018 GLT


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R2, Mortgage-Backed Notes, Series 2021-R2 and index same on the master mailing list.


    Respectfully submitted,

    /s/ Brian C. Nicholas

    Brian Nicholas
    11 Jan 2022, 15:16:53, EST

    Brian C. Nicholas, Esq. (317240)  ☑
    Maria D. Miksich, Esq. (319383)  ☐
    Denise Carlon, Esq. (317226)      ☐
    Rebecca A. Solarz, Esq. (315936) ☐
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594
    bkgroup@kmllawgroup.com