**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kimberly Jo Ray <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9762 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–20018–GLT | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kimberly Jo Ray

4/20/22                                                              **By the court:** Gregory L. Taddonio
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 22-20018-GLT
Kimberly Jo Ray                                                                                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: admin                                   Page 1 of 3
Date Rcvd: Apr 20, 2022                       Form ID: 318                                  Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Jo Ray, PO Box 42, Champion, PA 15622-0042 |
| 15443741 | | Donna R. Ray, 553 Nebo Road Extension, Champion, PA 15622 |
| 15443746 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15443748 | + | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 15443747 | | Select Portfolio Servicing, Inc., P.O. Box 65277, Salt Lake City, UT 84165-0277 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Apr 21 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15443728 | + | Email/Text: legal@arsnational.com | Apr 20 2022 23:34:00 | ARS National Services, Inc., 270 W 2nd Avenue, Escondido, CA 92025-4147 |
| 15443729 | | Email/Text: legal@arsnational.com | Apr 20 2022 23:34:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 15443730 | + | EDI: CAPITALONE.COM | Apr 21 2022 03:38:00 | Capital One Bank USA, NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15443734 | + | EDI: CITICORP.COM | Apr 21 2022 03:38:00 | Citi, Box 6500, Sioux Falls, SD 57117-6500 |
| 15443735 | + | EDI: CITICORP.COM | Apr 21 2022 03:38:00 | Citi Cards, P.O. Box 6004, Sioux Falls, SD 57117-6004 |
| 15443736 | + | EDI: CITICORP.COM | Apr 21 2022 03:38:00 | Citi/Sears, Citibank/Centralized Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15443737 | + | EDI: CITICORP.COM | Apr 21 2022 03:38:00 | Citibank, Citicorp Credit Services, Centralized Bankruptcy Dept., P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15443739 | | EDI: DISCOVER.COM | Apr 21 2022 03:38:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |

Case 22-20018-GLT   Doc 16   Filed 04/22/22   Entered 04/23/22 00:25:42   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: 318 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15443738 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 20 2022 23:34:00 | Department of Education/Nelnet, Attn: Bankruptcy, PO Box 82561, Lincoln, NE 68501-2561 |
| 15443740 | + | EDI: DISCOVER.COM | Apr 21 2022 03:38:00 | Discover Financial Services, LLC, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15443731 | | EDI: JPMORGANCHASE | Apr 21 2022 03:38:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 15443733 | | EDI: JPMORGANCHASE | Apr 21 2022 03:38:00 | Chase Card Services, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15443732 | | EDI: JPMORGANCHASE | Apr 21 2022 03:38:00 | Chase Card Services, 201 N. Walnut Street, Mail Code DE1-0153, Wilmington, DE 19801 |
| 15443743 | + | EDI: AGFINANCE.COM | Apr 21 2022 03:38:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 15443742 | | EDI: AGFINANCE.COM | Apr 21 2022 03:38:00 | Onemain Consumer Loan, Inc., P.O. Box 64, Evansville, IN 47701-0064 |
| 15443744 | | EDI: CITICORP.COM | Apr 21 2022 03:38:00 | Sears Credit Card, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15443745 | | EDI: CITICORP.COM | Apr 21 2022 03:38:00 | Sears Credit Cards, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15443746 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2022 23:34:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15443748 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2022 23:34:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 15443749 | | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 15443750 | | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank, P.O. Box 965023, Orlando, FL 32896-5023 |
| 15443957 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15443751 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank / BP, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 15443752 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank/At Home CC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: 318 | Total Noticed: 30 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022  Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R2, Mortgage-Backed Notes, Series 2021-R2 bnicholas@kmllawgroup.com |
| Daniel J. Boger | on behalf of Debtor Kimberly Jo Ray dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |

TOTAL: 4